JOHN S. WORDEN (NV SBN 7563)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111-5865
Telephone: (415) 653-3713
Facsimile: (415) 653-3755
Email: JSWorden@venable.com

*Attorneys for Defendants*

MATTHEW L. SHARP (NV SBN 4746)
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
Telephone: (775) 324-1500
Facsimile: (775) 323-6249
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff*

THOMAS J. McKENNA (*Pro Hac Vice forthcoming*)
GAINEY McKENNA & EGESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALIREZA ZARE, Derivatively on Behalf of IDEANOMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHENG WU, SHANE McMAHON, ALFRED POOR, YANG CHAO, JAMES S. CASSANO, STEVEN FADEM, HARRY EDELSON, JERRY FAN, and JOHN WALLACE, <br><br> Defendants, <br><br> and, <br><br> IDEANOMICS, INC., a Nevada corporation, <br><br> Nominal Defendant. | Case No. 3:20-CV-00608-MMD-WGC <br><br> **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) <br><br> Action Filed: October 27, 2020 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:20-CV-00608-MMD-WGC

1   Plaintiff Alireza Zare ("Plaintiff") and nominal defendant Ideanomics, Inc. (the

2  "Company"), and defendants Zheng Wu, Shane McMahon, Alfred Poor, Yang Chao, James S.

3  Cassano, Harry Edelson, Steven Fadem, Harry Edelson, Jerry Fan, and John Wallace,

4  (collectively, the "Individual Defendants," and together with the Company, "Defendants"),

5  through their respective counsel of record, hereby stipulate and agree as follows:

6   WHEREAS, Plaintiff filed his Complaint on October 27, 2020 (Dkt. No. 1);

7   WHEREAS, Plaintiff served Defendants with its Complaint and Summons on November

8  3, 2020 (Dkt. No. 5);

9   WHEREAS, Defendants' response is currently due on November 24, 2020;

10   WHEREAS, the Parties have agreed to extend Defendants' time to answer or otherwise

11  respond to the Complaint to December 8, 2020;

12   WHEREAS, this is the first extension of time for Defendants;

13   WHEREAS, this enlargement of Defendants' time to answer or otherwise respond to the

14  Complaint will not alter the date of any event or deadline already fixed by Court order;

15   IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned

16  counsel that the time for Defendants to answer or otherwise respond to the Complaint is

17  extended to December 8, 2020.

18  Dated: November 23, 2020                    VENABLE LLP

19                                              By:  /s/ John S. Worden
20                                                   JOHN S. WORDEN
                                                     *Attorneys for Defendants*

21

22  Dated: November 23, 2020                    MATTHEW L. SHARP, LTD.

23                                              By:  /s/ Matthew L. Sharp
                                                     MATTHEW L. SHARP
24                                                   *Attorneys for Plaintiff*

25  **IT IS SO ORDERED:**

26  DATED: November 24, 2020                    William G. Cobb

27                                              UNITED STATES MAGISTRATE JUDGE

28

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:20-CV-00608-MMD-WGC