Matthew L. Sharp, Esq.
Nevada State Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com
*Attorneys for Plaintiff*
**[*Additional Counsel Listed Below*]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALIREZA ZARE, Derivatively on Behalf of IDEANOMICS, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZHENG WU, SHANE McMAHON, ALFRED POOR, YANG CHAO, JAMES S. CASSANO, STEVEN FADEM, HARRY EDELSON, JERRY FAN, and JOHN WALLACE,<br><br>                    Defendants,<br><br>And,<br><br>IDEANOMICS, INC., a Nevada corporation,<br><br>                    Nominal Defendant. | CASE NO.: 3:20-cv-00608-MMD-WGC |

**STIPULATION AND [PROPOSED] ORDER TO
DISMISS ACTION WITH PREJUDICE**

Counsel for Plaintiff Alireza Zare ("Zare,"), individual defendants Zheng Wu a/k/a Bruno Wu, Shane McMahon, Alfred Poor, Yang Chao, James S. Cassano, Steve Fadem, Harry Edelson, Jerry Fan, and John Wallace ("Settling Individual Defendants"); and (3) nominal defendant Ideanomics, Inc. ("IDEX" or the "Company,") respectfully submit this stipulation and proposed order voluntarily dismissing the above-captioned action with prejudice, and states as follows:

WHEREAS, the above-captioned derivative action, *Zare v. Wu, et al.*, 3:20-cv-608, pending in the United States District Court for the District of Nevada (the "Nevada Action") is based on the same general fact patterns as the consolidated derivative action *In re Ideanomics, Inc. Derivative Litigation*, 1:20-CV-05333-GBD (S.D.N.Y.) (the "New York Action");

WHEREAS, the Parties in both this Nevada Action and the New York Action reached a global settlement of all derivative claims asserted in this Nevada Action and the New York Action;

WHEREAS, the plaintiffs in the New York Action moved for preliminary approval of the global settlement on December 13, 2021, (Dkt. No. 37) and filed in support thereof the Stipulation of Settlement ("Stipulation") (Dkt. No. 39), which incorporated the terms of the global settlement;

WHEREAS, on December 14, 2021, Judge George B. Daniels preliminarily approved the settlement in the New York Action (Dkt. No. 42);

WHEREAS, on February 1, 2022, the plaintiffs in the New York Action moved for final approval of the Settlement (Dkt. No. 46);

WHEREAS, on March 1, 2022, Justice Daniels finally approved the settlement in the New York Action and entered the Final Order and Judgment (Dkt. No. 53);

WHEREAS, pursuant to the Stipulation, after the Effective Date, as defined in the Stipulation, the Parties to the Nevada Action agreed to file a stipulation to dismiss the Nevada Action with prejudice (Stipulation ¶5.1);

WHEREAS, the Effective Date has passed;

WHEREAS, pursuant to the Stipulation, the Parties request that the Court dismiss the Nevada Action with prejudice, as the claims that Plaintiffs brought on behalf of IDEX have been settled and released in the New York Action;

WHEREAS, notice of the dismissal of the Nevada Action is unnecessary as IDEX shareholders were already provided (1) notice of the settlement of the New York Action, which included the settlement and dismissal of the Nevada Action, (2) given the opportunity to object to the settlement, and, pursuant to the terms of the Stipulation, (3) informed that Plaintiffs in the Nevada Action would dismiss this action after the Effective Date; and

WHEREAS, the Parties agree that each shall bear its own fees, costs, and expenses, except as otherwise set forth in the Stipulation incorporated in the Final Order and Judgment in the New York Action;

///

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties,

2   through their respective counsel, as follows:

3        1.      The Nevada Action shall be dismissed in its entirety with prejudice.

4        2.      For the reasons stated above, notice to IDEX shareholders of this voluntary

5   dismissal with prejudice has been provided.

6        3.      The Parties shall each bear its own fees, costs, and expenses, except as otherwise

7   set forth in the Stipulation, incorporated in the Final Order and Judgment in the New York Action.

8        **IT IS SO STIPULATED.**

9   Dated: December 6, 2022            **MATTHEW L. SHARP, LTD.**

10                                     /s/ Matthew L. Sharp
                                       Matthew L. Sharp
11                                     Nevada State Bar No. 4746
                                       432 Ridge Street
12                                     Reno, NV 89501
                                       (775) 324-1500
13

14                                     **GAINEY McKENNA & EGLESTON**
                                       Thomas J. McKenna
15                                     501 Fifth Avenue, 19th Floor
                                       New York, NY 10017
16                                     Telephone: (212) 983-1300
                                       Email: tjmckenna@gme-law.com
17                                     *Counsel for Plaintiff Alireza Zare*

18   Dated:  December 5, 2022          **VENABLE LLP**

19

20

21                                     John S. Worden
                                       101 California Street, Suite 3800
22                                     San Francisco, California  94111
                                       Telephone: 1 415-653-3713
23                                     Email: JSWorden@venable.com
                                       *Attorneys for Defendants*
24

25        IT IS SO ORDERED.

26   Dated:  December 7, 2022

27                                     DISTRICT COURT JUDGE

28